UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GENESIS INTERNATIONAL A/S ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File No.: |
| ) | 2:05-cv-70997-DPH-WC |
| ) | |
| v. ) | |
| ) | |
| PERFORMANCE SAILING INC., and ) | |
| ALEX DECLERCQ ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed the separately-filed stipulation of the parties, ORDERS that all claims are DISMISSED WITH PREJUDICE, both parties to bear their own costs and attorney fees.  This is a final order disposing of all claims in this case.


Dated: November 30, 2005            s/ DENISE PAGE HOOD
                                   UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 30, 2005, by electronic and/or ordinary mail.


                                   s/William F. Lewis
                                   Case Manager